354 A.2d 255
**COMMONWEALTH of Pennsylvania**
v.
**Augusta SUTTLES, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 23, 1975.

Decided April 7, 1976.

Allen N. Brunwasser, Pittsburgh, for appellant.

John J. Hickton, Dist. Atty., Robert L. Eberhardt, C. W. Johns, Asst. Dist. Attys., Pittsburgh, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION

PER CURIAM.

Judgment of sentence affirmed.